UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | CASE NO. 6:24-CR-00084-01 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| GERALD SAM (01) | MAGISTRATE JUDGE DAVID J. AYO |

## O R D E R

Before this Court is a Motion to Suppress (Rec. Doc. 33) filed by defendant Gerald Sam (01). This motion was referred to Magistrate Judge David J. Ayo for report and recommendation. After an independent review of the record, including the objections filed, this Court concludes that the Magistrate Judge's report and recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly, it is hereby

ORDERED that, consistent with the report and recommendation, Defendant's Motion to Suppress (Rec. Doc. 33) is DENIED in all respects; and

IT IS FURTHER ORDERED THAT the Defendant's Motion to Supplement the Record (Rec. Doc. 60) is DENIED AS MOOT based upon counsel's failure to provide the Court with a manual attachment and based upon the fact that the exhibit at issue is already in the record as Government Exhibit 4.

SO ORDERED this 16th day of April, 2025 at Lafayette, Louisiana.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE